

ENTERED
10/03/2016

**UNITED STATES BANKRUPTCY COURT        SOUNTHERN DISTRICT OF TEXAS**

IN RE:

Javier Pena

               (Debtor),

**BANKRUPTCY CASE NUMBER**
**08-70660-M-13**

### ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Lacks Valley Stores, in the amount

of $1,385.81, was not charged against the bank account of the debtor, within the 90 day

limit and an unclaimed money report was entered on 10/16/2013 to close the account

and transfer the monies into the Registry of the Clerk, U.S. Bankruptcy Court, and

It further appearing that Lack's Valley Stores, Ltd. c/o Dilks & Knopik, LLC is

now claiming the above monies in the petition attached hereto,

It is ORDERED that the Clerk of the U.S. Bankruptcy Court pay said sum of

$1,385.81 to Lack's Valley Stores, Ltd. at the following address:

> Lack's Valley Stores, Ltd.
> C/o Dilks & Knopik, LLC
> 35308 SE Center St,
> Snoqualmie, WA  98065

Signed: October 3, 2016

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge

Unclaimed.fds
06/23/98