| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

ENTERED
10/03/2016

IN RE:

Javier Pena

    (Debtor),

BANKRUPTCY CASE NUMBER
08-70660-M-13

## ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Lacks Valley Stores, in the amount of $1,385.81, was not charged against the bank account of the debtor, within the 90 day limit and an unclaimed money report was entered on 10/16/2013 to close the account and transfer the monies into the Registry of the Clerk, U.S. Bankruptcy Court, and

It further appearing that Lack's Valley Stores, Ltd. c/o Dilks & Knopik, LLC is now claiming the above monies in the petition attached hereto,

It is ORDERED that the Clerk of the U.S. Bankruptcy Court pay said sum of $1,385.81 to Lack's Valley Stores, Ltd. at the following address:

    Lack's Valley Stores, Ltd.
    C/o Dilks & Knopik, LLC
    35308 SE Center St,
    Snoqualmie, WA 98065

Signed: October 3, 2016

          _____
          Eduardo V. Rodriguez
          United States Bankruptcy Judge

Unclaimed.fds
06/23/98

United States Bankruptcy Court
Southern District of Texas

In re:                                                              Case No. 08-70660-evr
Javier Pena                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0541-7          User: jchavez          Page 1 of 1          Date Rcvd: Oct 03, 2016
                              Form ID: pdf002        Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2016.
db        +Javier Pena,    2510 San Manuel St,    Edinburg, TX 78539-6925
cr        +Hidalgo County,    c/o John T. Banks,    3301 Northland Drive, Ste. 505,    Austin, TX 78731-4954
cr         JPMorgan Chase Bank, N.A. successor by merger to C,    Mail Code LA4-5555 - 700 Kansas Lane,
            Monroe, LA   71203
cr        +Lack's Valley Stores Ltd,    1300 San Patricia,    Pharr, TX 78577-2158

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          E-mail/PDF: resurgentbknotifications@resurgent.com Oct 03 2016 21:13:00     B-Line, LLC,
             Attn: Steven Kane,   P.O. Box 91121,   Dept. 550,   SEATTLE, WA  98111-9221
cr         +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 03 2016 21:12:56
             East Bay Funding, LLC,   c/o Resurgent Capital Services,   PO Box 288,
             GREENVILLE, SC 29602-0288
cr         +E-mail/Text: adailey@gencofcu.org Oct 03 2016 21:16:00     GENCO Federal Credit Union,
             PO. Box 7246,   Waco, TX 76714-7246
cr          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 03 2016 21:23:40
             Midland Funding LLC by American InfoSource LP as a,   Attn: Department 1,   PO Box 4457,
             Houston, TX  77210-4457
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          Chase Home Finance LLC
cr          JPMorgan Chase Bank, N.A.
                                                                                              TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2016 at the address(es) listed below:
              Cindy  Boudloche    on behalf of Trustee Cindy  Boudloche ecfmail@ch13boudloche.com
              Cindy  Boudloche    ecfmail@ch13cctx.com
              John D Malone    on behalf of Creditor    GENCO Federal Credit Union myra@johnmalonepc.com,
               myra@johnmalonepc.com
              John T Banks    on behalf of Creditor    Hidalgo County jbanks@pbfcm.com, jbanks@ecf.inforuptcy.com
              Mary A Daffin    on behalf of Creditor    Chase Home Finance LLC sdecf@BDFGROUP.com
              Maynard Samuel Daffin, JR    on behalf of Creditor    JPMorgan Chase Bank, N.A. sdecf@bdfgroup.com
              Troy Edward Cleveland    on behalf of Debtor Javier  Pena law317@troyclevelandlaw.com,
               cvillalonjr@villalon.com
              US Trustee, 13    USTPRegion07.CC.ECF@USDOJ.GOV
                                                                                              TOTAL: 8